UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Reginald J. Love                        Docket No. 5:14-MJ-1015-1

**Petition for Action on Probation**

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Reginald J. Love, who, upon an earlier plea of guilty to Traffic Offenses - Drunken Driving, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on June 11, 2014, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was charged with Driving While License Revoked on May 13, 2015, in Cumberland County, NC. The defendant admitted to operating a vehicle while going to pick up his girlfriend. The defendant is not to operate a motor vehicle until properly licensed while on supervision. It is believed that 3 days in custody would serve as an appropriate sanction for this violation.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant's term of probation shall be extended an additional 90 days, from June 10, 2015, to September 8, 2015.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Mark Culp |
| Robert K. Britt | Mark Culp |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-818-0685 |
| | Executed On: May 20, 2015 |

**ORDER OF THE COURT**

Considered and ordered this  21st  day of  May , 2015 and ordered filed and made a part of the records in the above case.

/s/ Kimberly A. Swank
Kimberly A. Swank
U.S. Magistrate Judge