UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Reginald J. Love                                    Docket No. 5:14-MJ-1015-1

**Petition for Action on Probation**

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Reginald J. Love, who, upon an earlier plea of guilty to Driving While Impaired- Level 5, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on June 11, 2014, to 12 months probation under the conditions adopted by the court. On May 21, 2015, based on the defendant being charged with Driving While License Revoked(15CR1821), the term of probation was extended for a period of 90 days and he was ordered to serve 3 days in jail as a sanction for this violation which has been completed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was charged with Driving While License Revoked and Expired Registration Card/ Tag (15CR2059 and 60) on June 11, 2015, in Cumberland County, NC. The defendant admitted to operating a vehicle while traveling to work. The defendant is not to operate a motor vehicle until properly licensed while on supervision. It is believed that an additional 2 days in custody would serve as an appropriate sanction for this violation.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp
Mark Culp
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-818-0685
Executed On: June 23, 2015

**ORDER OF THE COURT**

Considered and ordered this __23rd__ day of __June__, 2015 and ordered filed and made a part of the records in the above case.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge