UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Reginald J. Love Jr.                                                    Docket No. 5:14-MJ-1015-1

**Petition for Action on Probation**

COMES NOW Mark L. Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Reginald J. Love Jr., who, upon an earlier plea of guilty to 18 U.S.C. 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on June 11, 2014, to 12 months probation under the conditions adopted by the court.

The defendant was charged with Driving While License Revoked (15CR1821) on May 15, 2015, in Cumberland County, NC. The defendant admitted to operating a vehicle while going to pick up his girlfriend. The court ordered that the defendant complete 3 days in custody as an appropriate sanction. The defendant's supervision was also extended 90 days at this time, with supervision to expire on September 8, 2015.

The defendant was charged with Driving While License Revoked and Expired Registration/ Tag (15CR2059) and (15CR2060) on June 11, 2015, in Cumberland County, NC. The court ordered the defendant to complete 2 days in custody as an appropriate sanction for this action. This has been satisfied.

Additionally, the offender was extended another 90 days on August 10, 2015 to expire on December 8, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Love's supervision is set to expire on December 8, 2015. He still has an outstanding financial obligation of $185.00 and has not completed the originally ordered treatment hours. He has requested an additional 3 months to satisfy these obligations. The offender was advised that this would be his last extension as he has already had two previously. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of supervision shall be extended for a period of 90 days to the new expiration date of March 7, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Mark L. Culp |
| Robert K. Britt | Mark L. Culp |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2543 |
| | Executed On: November 9, 2015 |

**Reginald J. Love**
**Docket No. 5:14-MJ-1015-1**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this 9th day of November, 2015 and ordered filed and made a part of the records in the above case.

*Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge